IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No.:** 23-21754 |
|     **Theodore E. Flores,** | )<br>) | **Chapter:** Chapter 13 |
|     **Debtor(s).** | )<br>) | **Judge:** Honorable James R. Ahler |

## NOTICE OF APPEARANCE

Comes now Rachel Leigh Albaugh, Geraci Law L.L.C., and respectfully files an appearance in this case. Rachel Leigh Albaugh is presently an attorney with Geraci Law L.L.C. and requests that her appearance on behalf of Debtor(s) be entered in this case.

Wherefore, Rachel Leigh Albaugh, now prays the Court to enter her Appearance as counsel for the Debtor(s) in this matter, and requests that all notices and pleadings in this case which are directed to Debtor's counsel be mailed to:

    Rachel Leigh Albaugh
    mer@geracilaw.com
    Geraci Law LLC
    55 E. Monroe #3400
    Chicago, IL 60603

    Respectfully submitted,

    */s/ Rachel Leigh Albaugh*
    Rachel Leigh Albaugh
    Geraci Law LLC
    55 E. Monroe #3400
    Chicago, IL 60603
    (312) 332-1800
    Attorneys for Debtor(s)

## **CERTIFICATE OF SERVICE**

      The undersigned, does hereby certify that a copy of the attached was mailed to the following at their respective addresses, postage prepaid, by deposit in the United States Mail on 6/20/2024.

                                  ***/s/ Rachel Leigh Albaugh***
                                  Rachel Leigh Albaugh
                                  Geraci Law LLC
                                  55 E. Monroe #3400
                                  Chicago, IL 60603
                                  (312) 332-1800
                                  Attorneys for Debtors(s)

SERVICE LIST:

Mr. Theodore Flores
2711 41st St.
Highland, IN 46322

Trustee  Paul Chael
401 West 84th Drive, Suite C
Merrillville, IN 46410

United States Trustee, One Michiana Square, 100 East Wayne Street Room 555, South Bend, IN 46601.

**Law Offices of**

# _Peter Francis Geraci, J.D._

| **Chicagoland Area** | **Merrillville** | **Indianapolis** | **Milwaukee/Madison** |
|---|---|---|---|
| 55 E. Monroe Street #3400 | 7725 S. Broadway Suite J | 320 N. Meridian St. Ste. 1022 | 2505 N. Mayfair Rd. #101 |
| Chicago, IL 60603 | Merrillville, IN 46410 | Indianapolis, IN 46204 | Wauwatosa WI 53226 |
| 312.332.1800  877.247.1960 (F) | 312.332.1800  219.736.8700 (F) | 317.842.1800  317.842.7400 (F) | 414.475.0100  414.475.6069 (F) |

Mr. Theodore Flores
2711 41st St.
Highland, IN 46322

**Law Offices of**

# *Peter Francis Geraci, J.D.*

| **Chicagoland Area** | **Merrillville** | **Indianapolis** | **Milwaukee/Madison** |
|---|---|---|---|
| 55 E. Monroe Street #3400 | 7725 S. Broadway Suite J | 320 N. Meridian St. Ste. 1022 | 2505 N. Mayfair Rd. #101 |
| Chicago, IL 60603 | Merrillville, IN 46410 | Indianapolis, IN 46204 | Wauwatosa WI 53226 |
| 312.332.1800  877.247.1960 (F) | 312.332.1800  219.736.8700 (F) | 317.842.1800  317.842.7400 (F) | 414.475.0100  414.475.6069 (F) |

Trustee  Paul Chael
401 West 84th Drive, Suite C
Merrillville, IN 46410

**Law Offices of**

# *Peter Francis Geraci, J.D.*

| **Chicagoland Area** | **Merrillville** | **Indianapolis** | **Milwaukee/Madison** |
|---|---|---|---|
| 55 E. Monroe Street #3400 | 7725 S. Broadway Suite J | 320 N. Meridian St. Ste. 1022 | 2505 N. Mayfair Rd. #101 |
| Chicago, IL 60603 | Merrillville, IN 46410 | Indianapolis, IN 46204 | Wauwatosa WI 53226 |
| 312.332.1800  877.247.1960 (F) | 312.332.1800  219.736.8700 (F) | 317.842.1800  317.842.7400 (F) | 414.475.0100  414.475.6069 (F) |

U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204