IN THE UNITED STATES BANKRUPTCY COURT
HAMMOND DIVISION
NORTHERN DISTRICT OF INDIANA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| Theodore Elder Flores | ) | Case No: | 23-21754 |
| | ) | Judge: | James R. Ahler |
| Debtor(s) | ) | Chapter: | Chapter 13 |
| | ) | | |

## ATTORNEY REVIEW OF CLAIMS

Comes Now, Theodore Elder Flores ("Debtor") by counsel, Rachel Albaugh of Geraci Law LLC, and states to the court as follows:

(1) On 10/16/2023, Rachel Albaugh from Geraci Law, LLC filed a Chapter 13 Bankruptcy for Debtors.
(2) On 01/29/2024, Debtor's Chapter 13 Plan was confirmed.
(3) That the deadline for filing Proof of Claim by the creditors has passed.
(4) That all Proofs of Claims filed have been examined.
(5) That there are no disputes with the filed Proofs of Claims except as follows: NONE

Dated: 6/20/2024              /s/ Rachel Leigh Albaugh
                              Rachel Leigh Albaugh
                              Geraci Law LLC
                              55 E. Monroe, Suite 3400
                              Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent by ordinary United States mail, postage prepaid or by electronic service, on the 6/20/2024 to the following interested parties:

Debtor, Mr. Theodore Flores, 2711 41st Street , Highland, IN 46322
" " " " " "" " " " " "
 Paul Chael, 401 West 84th Drive, Suite C, Merrillville, IN, 46410
" "" "" "" "" "
United States Trustee, One Michiana Square, 100 East Wayne Street Room 555, South Bend, IN 46601.

/s/ Rachel Leigh Albaugh
Rachel Leigh Albaugh